| | | | |
|---|---|---|---|
| McCarthy v. Armstrong | 1911 EDA 2015<br>Quashed | 07/08/2016 | February Term, 2015,<br>No.00017<br>(Philadelphia) |
| Figueroa v. Allstate Insurance Co.[8] | 2006 EDA 2015<br>Affirmed | 07/08/2016 | No. 2008–06730<br>(Montgomery) |
| Com. v. Rambert | 2052 EDA 2015<br>Affirmed | 07/08/2016 | CP–51–CR–0625331–<br>1983<br>(Philadelphia) |
| Kawah v. PHH Mortgage Corp. etc. | 2096 EDA 2015<br>Affirmed | 07/08/2016 | November Term 2013,<br>No. 01923<br>(Philadelphia) |
| Com. v. Kupershmidt | 2261 EDA 2015<br>Affirmed | 07/08/2016 | CP–52–CR–0000423–<br>2014<br>(Pike) |
| Com. v. Hanton | 2316 EDA 2015<br>Quashed | 07/08/2016 | MC–51–MD–0000682–<br>2015<br>(Philadelphia) |
| Com. v. Harris | 3216 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/08/2016 | CP–39–CR–0003452–<br>2014<br>(Lehigh) |
| W.L.P. v. Y.L.M. | 3332 EDA 2015<br>Affirmed | 07/08/2016 | OCO701760<br>(Philadelphia) |
| Com. v. Kemmerer | 3832 EDA 2015<br>Quashed | 07/08/2016 | CP–39–CR–0000200–<br>1987<br>(Lehigh) |
| Com. v. Gordon | 439 MDA 2015<br>Affirmed | 07/08/2016 | CP–28–CR–0000383–<br>2013<br>(Franklin) |
| Com. v. Boyd | 441 MDA 2015<br>Affirmed | 07/08/2016 | CP–41–CR–0001467–<br>2013<br>(Lycoming) |
| Com. v. McCawley | 891 MDA 2015<br>Affirmed | 07/08/2016 | CP–36–CR–0005264–<br>2013<br>(Lancaster) |
| Com. v. Harris | 1451 MDA 2015<br>Affirmed | 07/08/2016 | CP–22–CR–0004713–<br>2014<br>(Dauphin) |
| CadleRock Joint Venture II, L.P. v. Gatesman | 1488 MDA 2015<br>Affirmed | 07/08/2016 | 2013 CV 5127 DJ<br>(Dauphin) |
| Com. v. Ruiz | 1654 MDA 2015<br>Affirmed | 07/08/2016 | CP–22–CR–0000285–<br>2012<br>(Dauphin) |
| Com. v. Kloch | 1833 MDA 2015<br>Affirmed | 07/08/2016 | CP–67–CR–0006893–<br>2012<br>(York) |
| Burgey v. Castaneda | 1844 MDA 2015<br>Affirmed | 07/08/2016 | CI–15–07833<br>(Lancaster) |

8. Petition for reargument denied September 07, 2016.